



February 25, 2022

Warden Davis,

My name is Oren Nimni. I write to you in my capacity as an attorney for Rights Behind Bars, a non-profit legal organization that advocates on behalf of people in jails, prisons and immigration detention centers across the country, including in Virginia. It has come to our attention that there is an individual in your custody at Wallens Ridge, Jacob Shouse No. 1101441, with severe medical and mental health needs that are currently unmet. Mr. Shouse has several physical and mental health diagnoses that qualify his as a disabled individual under the Americans with Disabilities Act (ADA). These include, but are not limited to, mental health diagnosis provided by the VADOC, legal blindness as the result of a detached retina, and the necessity to use a colostomy bag. Mr. Shouse's sever mental health issues have led to repeated instances of self-harm that have endangered Mr. Shouse's life and caused medical expense to the VADOC. As you are aware facilities have the obligation under the ADA to provide disabled inmates with reasonable accommodations to ensure that their health and safety is not at risk as a result of their disabilities. In Mr. Shouse's case, this standard is not being met and his condition continues to deteriorate. The lack of available mental healthcare services at Wallens Ridge combined with Mr. Shouse's prolonged confinement in restrictive housing units has only exacerbated his conditions. He has additionally been the subject of ongoing violence and threats from other inmates. As you are aware, Mr. Shouse is at particular risk of harm from other inmates because of his disabilities and a failure to protect Mr. Shouse would be deemed a failure to

Exhibit 1(a)



accommodate his disabilities under current law. For these reasons, it is our request and strong recommendation that you facilitate the transfer of Mr. Shouse to another facility that can accommodate his needs as required under law. Previously, Mr. Shouse was able to have many of his needs accommodated at the VADOC's Greenville facility and we would recommend that he be transferred back to that facility. Nothing in Mr. Shouse's record prevents such a transfer. In fact, a transfer to a facility that can accommodate his needs is required by the ADA. Because Mr. Shouse's health and safety would be better served by a transfer and because it is in the legal and financial interest of VADOC to initiate a transfer we request that a transfer be initiated immediately. Failure to transfer Mr. Shouse could result in legal liability and additional complications. As you evaluate Mr. Shouse's transfer request, we ask that you place him in the SAM unit pending your decision. Assignment to the SAM unit is the minimum required for Mr. Shouse's physical and mental health and is necessary during the pendency of your decision-making on his transfer.  Please respond to this correspondence in no less than 14 days. If you wish, I am available to discuss this matter at greater length. My telephone number is (202) 540-0029.

Sincerely,

Oren Nimni Esq.

CC:
Dr. Denise Malone; Director of Mental Health Services
Eric Madsen; Psychology Associate Senior Central Classification Services



**VIRGINIA**
DEPARTMENT OF CORRECTIONS

Health Services Consultation Report 720_F23_7-12

## Health Services Consultation Report



### *PLEASE BILL TO ANTHEM*

| Sending Facility: | GREENSVILLE CORRECTIONAL CENTER | | Date: | 6/16/2017 | |
|---|---|---|---|---|---|
| Offender Name: | SHOUSE, JACOB | | | Offender #: | 1101441 |
| SS#: | 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 | DOB: | 11/25/82 | T/D: | |
| Allergies: | | | | | |
| Current Medications: | SEE MARS | | | | |
| Referred By: | DR. VINCENT GORE | | Referred To: | VCU OPHTHALMOLOGY CLINIC | |
| Medical Complaint: | F/U | | | | |

### *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| | |
|---|---|
| Findings: | Legally blind right eye poor surgical prognosis |
| Lab or X-ray Results: | |
| Diagnosis: | Optic Atrophy right eye Retinal Detachment right eye Cataracts right eye, poor prognosis |
| Treatment and Medications Recommended: | prednisolone acetate TID as need for irritation right eye |
| Restrictions: | Ø     RECEIVED JUN 22 2017 GRCC GRIEVANCE OFFICE     RECEIVED JUL 28 2017 GRCC GRIEVANCE OFFICE |
| Consulting Physician: | | Date: | 6/16/17 |
| Follow-up appointment date and time: | 1 year Brar |

*Revision Date: 1/17/07*

Tonya Fauley

RECEIVED

JUL 28 2011

GMCC GRIEVANCE
OFFICE

RECEIVED

JUN 2 2 2017

EXHIBIT 2(b)

P.3

| N | SHOUSE, JACOB |
|---|---|
| | 1354527 |

06/16/2017   DOB: 11/25/1982
M  W   34Y  VCUHS
BRAR MD (OPH), VIKRAM   HOPT
VIS#: 706 170465101   OPTO

**VCU Health Ophthalmology**
MCV Hospitals and Physicians
Richmond, Virginia 23298

## Ophthalmology Complete Exam

Date: 6/16/17  Age 34  DOB verified 34 ___ □ New Visit □ Annual Visit ☑ Return Visit □ Non-routine Visit

Reason for Visit: 6 month follow up traumatic hyphema w/ choroidal hem OD
painful OD, ↓ vision OS
burning. Patient would like letter w/ dx + blindness

LV
10/3/14

| Pain scale | 0 | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 8 | 9 | 10 | **Resident Key Findings:** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain Severity: | | Mild | | Moderate | | | Severe | | Very severe | | | *Oriented: ☑ Person □ Place |

Intolerable   OD burning                                           ☑ Time

| Quality | Location | Duration | Is pain acceptable? □ Yes □ No |
|---|---|---|---|

Allergies □ NKDA □ Systemic allergies in Cerner □ Eye med allergies listed:   Chief Complaint/HPI:
See list in Cerner

□ Systemic medications updated   Eye meds: □ None □ List:

6 month f/u traumatic
FRD O D  r/p

Yr of glauc dx ___ Type___   Yr of Diab dx___ Type___ A1C___ BS___
Last HVF___ Last OCT___ Last DFE 10/16 Last Gonio___
Laser Sx: □ALT___ □CPC___ □FML___ □ PI___ □PRP___ □ SLT___ □ YAG

hyphema, choroidal hem

Ocular Sx: □ Cat □ Cornea □ Glauc □Plastics □ Retina □ Strab

*Ocular Motility   Primary Gaze ☑ Ortho ___ phoria □ ET □ XT □ HT
EOMs □ Full ☑ Restricted  Stereo: □ Fly/Butterfly ___/___ animals ___/___ circles ___ Sec Arc

Reviewed PMH, FH, SH, ROS
dated:
Dated: □ Today

*Visual acuity
□ sc ☑ cc (Glasses/SCL/RGP/Aphakia) Dist OD LP light perception only ph___ Near VA___
□ sc ☑ cc (Glasses/SCL/RGP/Aphakia) Dist OS 20/60 ph 20 Near VA___

□ No changes Initials: ___
Changes:
A.DHD
Anxiety
Depression

cv ~ HM

cv
1 2017

PC OD ___ Dist VA___ ADD___ Near VA___
  OS ___ Dist VA___ ADD___ Near VA___

M OD ___ Dist VA___ ADD___ Near VA___
  OS ___ Dist VA___ ADD___ Near VA___

*Confrontational Visual Fields □ Full OU
Color Plates  OD___  OS___   Left ___ Right ___ □Amsler normal OU

**Attending Physician Key Findings:**

*Pupils
OD 6 mm → ___ mm Shape Fixed □ NO APD
OS 5 mm → 4 mm Shape □ Right APD □ Left APD
*IOP   T-max   T-goal
OD 09 mmHg ___ ___ □ Appl □ Tonopen □ iCare
OS 19 mmHg ___ ___ □ Appl □ Tonopen □ iCare
@ 9:17 am/pm   Pachymetry OD___ OS___ Date___

Meds Given for IOP: □ 1 gtt Tetracaine □ 1 gtt Fluress □ OD □ OS □ OU @ 9:17
Meds Given for DFE: □ 1 gtt 1% Phenylephrine /0.2%Cyclopentolate x 3
□ 1 gtt Tropicamide □ 1 gtt Cyclopentolate □ 1 gtt 2.5 % Phenylephrine
☑ 1 gtt 1% Tropicamide and 1 gtt 2.5% Phenylephrine □ OD □ OS □ OU @ 9:21

Tech Signature: ___, COA □ MD only Date: 6/16/17 Time: 8:55

Attending Signature: ___ Date:___ Time:___

RECEIVED
JUN 22 2017
___ OFFICE
RECEIVED
JUL 28 ___

Exhibit 3



VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED GRIEVANCE DEPT.

**Written Complaint** 866_F3_10-20

SEP 27 2021

## Written Complaint
WALLENS RIDGE STATE PRISON

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Strouse, J.     1101441     C-510
Offender Name     Offender Number     Housing Assignment

SSS WRSP-21-INF-00868
Individuals Involved in Incident     Date/ Time of Incident

**TO:** ADA Coordinator / DON
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

Still being denied ADA accommodations — i.e. 15" TV, watch, special glasses, tint on window, etc. per OP 801.3

As a result my visual impairment is exacerbating, this is a denial of adequate medical care

Offender Signature: _____     Date: 9-26-21

**Offenders - Do Not Write Below This Line**

Date Received: 09-27-2021     Response Due: 10-12-2021     Log Number: WRSP-21-INF-01930

Assigned to: Operations Mgr Caughron

**Action Taken/Response:**

At this time, no reasonable accommodation requests have been submitted to this office by the Institutional Physician or yourself. I spoke with Mrs. Townsend, the Health Authority, she stated you are being scheduled to see the Optometrist. We will see what accommodations, if any, need to be made after that.

S. Caughron     S. Caughron - Operations Mgr.     9/28/2021
Respondent Signature     Printed Name and Title     Date

RECEIVED GRIEVANCE DEPT.

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue one and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

OCT 13 2021

Offender Signature: _____     Date:

WALLENS RIDGE STATE PRISON

Staff Witness: _____     Date:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_10-20

RECEIVED GRIEVANCE DEPT.

## Written Complaint

MAY 0 3 2021

WALLENS RIDGE STATE PRISON

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Jacob Shouse | 1101441 | C-510 |
| Offender Name | Offender Number | Housing Assignment |

| | |
| Individuals Involved in Incident | Date/ Time of Incident |

**TO:** WARDEN

(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific): State/Federal law violations, i.e.,

Being denied ADA reasonable accommodations, per OP 801.3, as a result my disabilities are being exacerbated. I have 3 disabilities qualified/recognized by 42 USC §12101 et seq + COV§ 51.5-1 et seq /ADA 1)DSM-X diagnoses, 301.7 + 309.81 Antisocial/Borderline PD; 2) Digestive chronic condition & mental regurgitation in GI Tract; 3) Legally Blind/Visually impaired/(wrong Vision). I have requested via 801 #7 (Request for Reasonable accommodations) twice (11/23/20, denied 12/8/20 by ADA coord. @mcre and on 4/8/21 with ADA coord. @ WRSP (M. Santos) all to No Avail. This is discrimination as other grievants w/similar disabilities are/were receiving some requested accommodations. This is the routine practice of reprisal towards me by WRSP due to my past history + mental illness + direct Retaliatory staff

| Offender Signature: | Date: 5-3-21 |

**Offenders - Do Not Write Below This Line**

| Date Received: 5-4-2021 | Response Due: 5-19-21 | Log Number: WRSP-21-INF-00868 |

Assigned to: ADA Coordinator F. Santos

**Action Taken/Response:** AFTER REVIEWING YOUR CHART ACCOMMODATIONS WILL BE MADE.

RECEIVED
AUG 1 2 2021
Sussex I State Prison
Grievance Office

| Respondent Signature | WM. F. Santos | 5/12/21 |
| Respondent Signature | Printed Name and Title | Date |

RECEIVED
OMBUDSMAN
SEP 1 0 2021
WESTERN REG

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this Written Complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

RECEIVED GRIEVANCE DEPT.
AUG 2 0 2021

| Offender Signature: | | Date: |

| Staff Witness: | WALLENS RIDGE STATE PRISON | Date: |

*RETURN* *EXAMINER* (5)

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Jacobs Jacob | 1101441 | 2B5 |
|---|---|---|
| **Offender Name (Last Name, First)** | **Offender Number** | **Housing Assignment** |

**Individuals Involved in Incident:** _____     **Date/ Time of Incident** _____

**Results of the Informal Complaint Process** (Select one of the below)
- ☐ *Written Complaint* on this issue attached
- ☐ Other documentation used to satisfy the informal complaint process is attached
- ☐ Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

Just Recieved property items (with attached Informal dated 5/12/21) today 8/10/21
I was hospitalized this weekend of 5-14-21 til 6-29-21. Property was held
at WSP so I was unable to file grievance on this issue til now.
I have to No avail recieved any of my requested 'ADA' accommodations
guaranteed/afforded me per OP 701.3 and state and federal ADAs, despite
being legally blind/monovision with no depth perception, etc. See
MCV/VCU ophthalmology clinic report by specialist Dr. Brar
dated 6-16-17. Informal process was said to confirm my ADA
recognized disabilities and stated by ADA coordinator that all
accommodations for visually impaired will be placed.
I am being denied ADA acknowledgment and accommodations.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

Redress: install accommodations, provision compensatory damages
for suffering lack/denile of accommodations.

RECEIVED
OMBUDSMAN'S
SEP 10 2021
SERVICE UNIT
WESTERN REGION

RECEIVED
AUG 12 2021
Sussex I State Prison
Grievance Office

**Offender Signature** _____     **Date** _____



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged _____ IS unless returned for the following reason(s))

☐ **Non-Grievable:**
    ☐ Disciplinary hearing decisions, penalties and/or procedural errors
    ☐ Regular Grievance Intake Decisions
    ☐ Limitation Decisions
    ☐ State and Federal laws, regulations, and court decisions
    ☐ Policies, procedures, and decisions of other agencies
    ☐ Issues yet to occur
    ☐ Beyond the control of the Department of Corrections

☐ **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally.

☐ **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit.

☐ **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance* #

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☐ **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.

☐ **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault.) You must provide the following information within 5 days before the grievance can be processed: _____

☑ **Request for Services:** *ADA accommodations by procedure will be provided + upon return to u*

RECEIVED-GRIEVANCE DEPT.

**Institutional Ombudsman Signature** *BJ Rauzee*        **Date**   AUG 2 0 2021

WALLENS RIDGE STATE PRISON

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

☒ The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*.

☐ The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response.

☐ The intake decision is being returned to you because the 5-day time limit for review has been exceeded.

**Regional Ombudsman Signature** *K Paciulli*        **Date**

[stamp: OMBUDSMAN SERVICE UNIT WESTERN REGION   SEP 1 0 2021   RECEIVED]

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____        **Date:** _____

**Staff Witness:** _____        **Date:** _____



**T O : ADA COORIDNATOR/medical**



VIRGINIA DEPARTMENT OF CORRECTIONS
Emergency Grievance

Revised 6/24/13; Effective Date: July 1, 2013
Operating Procedure 866.1 Attachment 3

## Emergency Grievance  Log # 65325

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Shouse | J | • 1101441 | WRSP | MED-MH1 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? NEED to meet w/ADA coordinator : Being placed in specific situations subject to precarious conditions contraindicated to my ADA rights + safeguards to my safety, health + mental wellbeing. I have monovision (no depth presciption) I am legally blind with degenerecete illness, I have 8 foreign metal bodies lodged in my small extremities, I have A severe history of mental illness + suicidal ideation/tendencies. I requires by law + VDOC Directives "SAM" assignment. OP 801.3

Date/Time 4/8/21  11:50A Also discussed with Mrs. Russell ___ 1101441  OP 730.3
ON 4/6 +7/2021    Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

☑ Your grievance does not meet the definition for an emergency. Reason/s:

MET WITH INMATE SHOUSE ON 4/8/21 AT 1240pm DEPENDING ON MEETING WITH MR. SAYLOR & DR. MCDUFFIE ON DECISION & WILL DISCUSS WITH MENTAL HEALTH TEAM FOR APPRORIATE HOUSING

☐ Your grievance has been determined to be an emergency and the following action has been taken:

| 4/8/21 @ 1240pm | | |
|---|---|---|
| Date/Time | Respondent Signature | Name/Title Printed |
| | | DM F. SAYLOR |

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: _____
Signature                          Name/Title Printed

VIRGINIA
DEPARTMENT OF CORRECTIONS

*PLEASE RETURN COPIES*  Regular Grievance 866_F1_10/20

EXHIBIT 7

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Shause, Jacob     1101441     C-510
**Offender Name (Last Name, First)**    **Offender Number**    **Housing Assignment**

S. Caughron   WRSP-21-INF-01930            /
**Individuals Involved in Incident:**           **Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below)
☒ *Written Complaint* on this issue attached
☒ Other documentation used to satisfy the informal complaint process is attached
☐ Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I have already previously been approved for ADA reasonable accommodations request on 5/12/21 by then ADA coordinator um scrutos as he responded to my reasonable accommodation request dated 4/8/21 as Approved after he talked w/wrsp physician and reviewed my medical file (See attached informal/grievance #WRSP-21-INF-01900) however, I was on A hospital trip teeming @ SXSP for 4 mos. It was stated on my grievance that my accommodations will be provided upon my return to WRSP. I returned on 8/25/21 and spoke w/new ADA coord. op. my caughron & that I needed the areaus and provisions "pre-Approved" by Vader for the visually impaired ADA reasonable accommodations. He is ignorant to the fact that I have already submitted and been approved my request for accommodations. Also, I have annual appointments w/an ophthamology dept. due to my eye injury; however, he is again ignorant to to fact that there is over A year list backlogged as WRSP has not had DR. for willamt A year. I can't wait that long to be provided reasonable accommodations I'm already approved.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

The PRE-Approved "visually impaired" ADA Reasonable accommodations I Requested & was approved on 4/8/21 & 5/12/21

OR this denial is going to Fed. court.

_____       10/5/21
**Offender Signature**           **Date**



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:** |
| | ☐ Disciplinary hearing decisions, penalties and/or procedural errors |
| | ☐ Regular Grievance Intake Decisions |
| | ☐ Limitation Decisions |
| | ☐ State and Federal laws, regulations, and court decisions |
| | ☐ Policies, procedures, and decisions of other agencies |
| | ☐ Issues yet to occur |
| | ☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _(optometrist)_ |
| ☐ | **Request for Services:** *Ask opt. if accommodations are required. They will be met per procedure* |

**Institutional Ombudsman Signature** _K. Raines_      RECEIVED GRIEVANCE DEPT.

**Appeal of Intake Decision**                                              OCT 13 2021
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)                    WALLENS RIDGE STATE PRISON
**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

**Regional Ombudsman Signature** _____   **Date** _____

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____   **Date:** _____

**Staff Witness:** _____   **Date:** _____

EXHIBIT 8(a)



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Request for Reasonable Accommodation** 801_F7_10-17

# Request for Reasonable Accommodation

Submit this form through the facility mail system to the Institutional ADA Coordinator

**Offender Request:**

Offender Name: J. Shouse     Number: 1161441     Housing: 1A-19

Accommodation Requested: (Provide a brief description of the accommodation and/ or equipment you are requesting)

Next* This Request is made for duration of incarceration (14 yrs) not solely for MCTC.

(See Attached) Also (Diagnoses Report VCU/MCV Ophthalmology)
2 pg.
—3 pg. Total—     1 p.

By signing below you agree to cooperate in the handling of your request, including but not limited to, agreeing to be interviewed and/ or examined by institutional health care staff as appropriate.

Offender Signature     Date 11.23.20

**Institutional ADA Coordinator Review**     Date Received: 12/1/2020

- [ ] Medical Accommodation
- [ ] Non-Medical Accommodation

**Your request has been reviewed and the following decision has been made**

- [ ] Request has been granted
- [x] Request has been denied
- [ ] Requested is granted with the following Modification:

Initial 1-5 request are invalid these will not help. Educational request are invalid — You are not going to School. Final request are denied due to security reasons. You are being scheduled for a reevaluation

Institutional ADA Coordinator Signature     Date 12/9/2020

If you disagree with the decision of the Institutional ADA Coordinator or believe that you have been discriminated against because of your disability, you can address concerns through the Offender Grievance Procedure as provided in Operating Procedure 866.1, *Offender Grievance Procedure.*

EXHIBIT 8(b)

To: WRSP ADA COORDINATOR — Mr. Caughron
From: Jacob Shave, 111444
Date: Nov. 17, 2021 5/18/21
RE: Reasonable Accommodation Request
        Americans with Disabilities Act (ADA)

    Dear Mr. Caughron,

        This request is made pursuant to Va Codes/State/Federal laws
governing persons under the ADA as well as VDOC policies, e.g. OP 861.3
and commensurate to my medical records authorizing my injury in 2016
@ Sussex I State Prison, rendering me legally blind to wit: Right eye sustaining
Optic Atrophy, Detached Retina and Cataract — Monovision/lack of depth
prescription; compounding an already visual impairment requiring
prescriptional glasses with special tint for my only working left eye.
        Therefore, it is further declared that all foreseeable
accommodations requested are free from and DO NOT present any undue
hardship to the facility or the safety and security of the prisoner or any
other persons, whereby, any and all costs will be paid by me and all
items requested are already preapproved by the VDOC for ADA qualified
persons.
        Wherefore, the items to be request for approval for and
reasons thereof are as follows:
    1) A 19 inch television that provides modes and functions for the
visually impaired, i.e., functions that allow me to fine tune and adjust
picture magnification, resolution, motion lighting, primary color intensity,
variety and number and range/temperature of color, sharpness, depth and
brightness/contrast of objects and their clarity and magnification, etc.,
so as to reduce the symptoms associated with my disability such as severe
headaches, dizziness, blurred vision and nausea... and reduce the potential
to exacerbate further damage to my eye and partial vision.
    2) A DVD player, as my visual impairment/lack of depth prescription
makes it impossible to read for longer than two minutes and without
constant strain and instant blurred vision accompanied with severe
headaches and dizziness; therefore, visual presentations through DVD/video
facilitates communications and promotes understanding of any and all
reading material, i.e., legal, educational, religious, etc.
    3) A Talking watch (low vision), foresummationed reasons
    4) A Lock w/key, foresummationed reasons
    5) Request the following while attending VDOC/DCE/VOCATIONAL

-1-

EDUCATION :

1) large screened monitors equipped with visual impairment modes, large-print textbooks/worksheets, audio equipment to utilize when extended periods of time is needed towards digital work so as to not place strain upon my eyes.

...Further, I request the following "Modifications to Procedures/facility Practices" as outlined below:

1) Request that I be allowed to purchase from an approved outside (or off-site) clinic, prescription glasses so as to further protect my only eye with worsening visual acuity due to the specific need for enhanced transitional lenses that darken adequately for outdoors against the constant bright lights of A person setting and the extremes of UV rays from the sun outdoors, inasmuch as the VDOC cannot issue A tint of more than 40% at which I am prescribed and there is not an availability of transitional lenses to adopt the function of sunglasses outdoors, nor am I able to purchase such from the person contson as I am indigent from accrued debt to the VDOC upwards of $10,000...

...WHEREFORE, I request that the entirety of these forementioned purchases be allowed to be made by third party (facility).

2) I request that A medically Documented notation be attached outside my cell-door proclaiming the medical necessity deemed appropriate and legally binding by the ADA that any prescription glasses are hereby due to visual disability considered A "Limb" such as the legality adhered to for prosthetic devices and that therefore shall escort/accompany me at all times, especially when mobil/ambulate.

3) ...continued on the same "document", that I am to be at all times handcuffed on the "front" (as opposed to behind the back) for safety reasons as my visual disability hinders "depth perception", visual "clarity" and "sharpness" of objects which present A substantial likelihood of further injury in light of fall, accident or misdirection, etc.

4) ...continued on the "same" document, that I am NOT required to "kneel" on knees to affix/ensure ligirons, due to the lack of "depth perception", for that is cruel and unusual and also represents A substantial likelihood of further injury in light of fall, accident or misdirection, etc. WHEREAS, to assert that I must rely solely on the merit of staff that "escort" me is to DENY me fundamental safeguards of rights guaranteed under the US. Constitution, Amendments 5 and 14 to not be individually deprived of LIFE, LIBERTY, OR PROPERTY... I shall have the right to protect "myself" from falls, accidents, etc. even when restrained and escorted.

Respectfully Submitted,

Jacob Thause, 1101491

SL SL   11-17-20

-2-

Exhibit 9



VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Stallard, D S

Report run on 05/05/2021 at 01:45 PM

Grievance Number: WRSP-21-INF-00869

Next Action Date: 05/19/2021 12:00 AM

| On this date: | 05/04/2021 | | I have received a statement from: |
|---|---|---|---|
| | | | Wallens Ridge State Prison |
| Shouse, Jacob A | 1101441 | of | C-5-510-B |
| (Offender Name and DOC#) | | | (Filed Location and Housing) |

Setting out the following complaint:

C510 states "Being denied appropriate housing assignment conducive to my medical/mental health needs per VADOC policy, i.e. SAM Unit...Which is clinically indicated because: 1) per OP 801.3 I am classified as having a disability in accord. w/Americans with Disabilities Act/Virginias with disabilities (e.g. legally blind/mono vision, GI Track complications of 8 metal foreign bodies lodged/18 prior GI surgeries; serious mental illness. Total of 3 determined disabilities under ADA). 2) per OP 730.2 I am classified as M.H Code 2s, "substantial impairment," At risk for deterioration and/or self-harm w/ history of suicide attempts/ideations and; 3)Per OP 730.3, I recently was removed/discharged from a mental health unit @ GRCC and two SDTPs @MCTC/WRSP as well as suicide precautions w/ in last 3 mos. I meet all criteria for SAM Unit Assignment for further M.H. Serv. See OP 830.5, XIV, C- "After successful completion of SDTP, inmates needing additional MH services may be referred to SAM unit."

| D. Stallard | Cmc |
|---|---|
| (Signature) | (Title) |

Rev. 03/30/2009



VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Receipt

866.1 A-3

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Stallard, D S

Report run on 05/05/2021 at 12:58 PM

Grievance Number: <u>WRSP-21-INF-00868</u>

Next Action Date: <u>05/19/2021 12:00 AM</u>

| On this date: | 05/04/2021 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>C-5-510-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

C510 inmate states, "State/Federal Law violations, i.e., being denied ADA reasonable accommodations, per OP 801.3, as a result my disabilities are being exacerbated. I have 3 disabilities qualified/recognized by 42 USC:12101 et seq and COV:51.1-1 et seq/ADA. 1) DSMV diagnosis, 301.7 and 309.81 – Antisocial/Borderline PD; 2) Digestive Chronic condition 8 metal goreign bodies in GI track; 3) Legally blind/visually impaired/mono vision. I have requested via 801_F7 (request for reasonable accommodations twice 11/23/20 denied 12/9/20 by ADA coord. @MCTC and on 4/8/21 with ADA coord. @WRSP with UM Santos) to no avail. This is discrimination as other inmates with similar disabilities as mine are receiving some requested accommodations. This is the routine practice of reprisal towards me by WRSP due to my past history & mental illness & directed hatred by staff."

| D. Stallard | Omc |
|---|---|
| *(Signature)* | *(Title)* |

Rev. 03/30/2009

Exhibit 11



**VIRGINIA DEPARTMENT OF CORRECTIONS**

## Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by VanHuss, A

Report run on 09/27/2021 at 01:08 PM

Grievance Number: <u>WRSP-21-INF-01930</u>

Next Action Date: <u>10/12/2021 12:00:00 AM</u>

| On this date: | 09/27/2021 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>C-5-510-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

C510 Inmate states still being denied ADA accommodations - i.e. 15" TV, watch, special glasses, tint on window, etc. Per OP 801.3. As a result my visual impairment is exacerbating this is a denial of adequate medical care.

| | |
|---|---|
| *A. VanHuss* | *OSS* |
| *(Signature)* | |

Officer Initials: _____

EXHIBIT 12



Virginia Department of Corrections

**Grievance Receipt Report**

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by VanHuss, A

Report run on 04/19/2022 at 11:32 AM

Grievance Number: <u>WRSP-22-INF-01062</u>

Next Action Date: <u>5/4/2022 12:00:00 AM</u>

| On this date: | 04/19/2022 | I have received a statement from: |
|---|---|---|
| Shouse, Jacob A | 1101441 of | Wallens Ridge State Prison<br>A-3-304-B |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* |

Setting out the following complaint:

A304 Inmate states being refused copy of profile by Dr. for ADA qualifications and accommodations and for "No kneel/cuff in front" pass.  And being refused paperwork put on my door for staff awareness.  This is causing me to be forced to go against these orders.

*(Signature)*

Officer Initials: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED GRIEVANCE DEPT.
**Written Complaint** 866_F3_10-20
JUN 0 1 2022

## Written Complaint

WALLENS RIDGE STATE PRISON
RECEIVED BY

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

JUN 02 2022
WRSP MEDICAL DEPT

| J. Shouse | 1101441 | A-3c11 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| | |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

**TO:** Medical

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

Being denied Dr. Mullins orders : on 5/19/22 Dr. Mullins wrote in my chart orders for 5 (five) ostomy wafers which I am being denied when giving supplies the also ordered a antibiotic (keflex) and a cream batta for a toenail infection, I have not received any antibiotic, also I was only given "triple Antibiotic" ointment — cannot be used for an infection in my toenail — it is to prevent infection in "minor cuts, scrapes, burns"; also, you cannot put ointment on this because it "trops moisture" causing bacteria to spread. Cream will dry this waste for failservice faster ADA truly, I ennot —

Offender Signature: _____ Date: 5/31/22

A dichatie

**Offenders - Do Not Write Below This Line**

Date Received: 6/1/22   Response Due: 6/16/22   WRSP 22-INF 01583
Log Number: _____

Assigned to: Medical

**Action Taken/Response:**

You were seen by Dr Mullins on 6/8/22
You should be receiving 5 wafers per Sapphire review.
You no longer have a triple antibiotic ointment order. You are
Receiving cortisone cream for your toe. You antibiotic has been ordered
and you will start receiving it when we get it from the pharmacy.

J Townsend   T Townsend RNCB   6/9/22
Respondent Signature   Printed Name and Title   Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS   *Revision Date: 10/30/20*

Exhibit 13



Virginia Department of Corrections

## Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 04/11/2022 at 01:54 PM

Grievance Number: <u>WRSP-22-INF-00940</u>

Next Action Date: <u>4/26/2022 12:00:00 AM</u>

| On this date: | 04/11/2022 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>A-3-304-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

A-304~ participating in work programs is a factor in an offender's evaluation for good time. Your earning good time is blatantly and discriminately being obstructed by being refused participation in work programs. Your treatment goals for good time awards is to obtain/maintain institutional employment.

*(Signature)*

Officer Initials: _____



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED GRIEVANCE DEPT.

APR 11 2022

WALLENS RIDGE STATE PRISON

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| J. Shawn | 1101441 | A 304 |

| Individuals Involved in Incident | Date/ Time of Incident |
|---|---|
| TO: Work PAR | ★ CC Rights Behind Bars Attorneys ★  Samuel Weiss, Oren Nimni;  ACLU of Va. | |

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

In violation of State Guidtime law regulations COV §53.1-202.3; §53.1-32.1 and VADOC OP 841.2, I, K, #1 (States: Participation in work programs is a factor in an offender's evaluation for goodtime awards). My earning of goodtime is blatantly and discriminatorly being obstructed by being refused participation in work programs. UM Stallard an Lt. McCoy said that I will not be allowed a work assignment while housed in A-3... Despite my Annual Review treatment Goals for goodtime awards is to "Obtain/Maintain institutional employment" for 2022. This discriminatory denial creates a State/Federal "liberty interest"

Offender Signature: _____    Date: 4-10-22

**Offenders – Do Not Write Below This Line**

Date Received: 04.11.2022   Response Due: 04.26.2022   Log Number: WP22/NP-00940
Assigned to: Unit Mgr Stallard

**Action Taken/Response:**

_____

_____

_____

_____

_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|
| | | |

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____    Date: 4-13-22

Staff Witness: J. Stallard    Date: 4-15-22

VIRGINIA DEPARTMENT OF CORRECTIONS    *Revision Date: 10/30/20*



Virginia Department of Corrections

**Grievance Receipt Report**

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 04/11/2022 at 01:54 PM

Grievance Number: <u>WRSP-22-INF-00941</u>

Next Action Date: <u>4/26/2022 12:00:00 AM</u>

| On this date: | 04/11/2022 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>A-3-304-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| A-304~A-bld supervisory staff are blatantly discriminating against inmates in A-3 pod with medical/mental disabilities by denying required opportunities to obtain job assignments. | | | |
| *(Signature)* | | | |

Officer Initials: _____



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED GRIEVANCE DEPT.

APR 11 2022

WALLENS RIDGE STATE PRISON

| | | |
|---|---|---|
| T. Strause | 1101441 | A-304 |
| Offender Name | Offender Number | Housing Assignment |

| Individuals Involved in Incident | | Date/ Time of Incident |
|---|---|---|
| TO: WORK PAR | Acc: Rights Behind Bars Attorneys & Samuel Weiss, Oren Nimni; ACLU of Va | |

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

In violations of COV §53.1-321 and §53.1-41 (opportunities for work in State prisons) And OP 841.2 (work programs) A-Building supervisory staff are blatantly discriminating against inmates in A-5 housing with Medical/Mental disabilities by denying required opportunities to obtain job assignments. Discriminatory allowing 2 inmates only (i.e. pod barber and pod mentor) to perform all other job vacancies allocated to all housing units. They perform duties of pod feeders, showerman, houseman, covid-19 sanitation, rec workers, etc. that are Required to be available to all eligible inmates - not just 2. This is state/federal laws violation/labor practice Policy

Offender Signature: _____   Date: 4-10-22

### Offenders - Do Not Write Below This Line

Date Received: 04.11.2022   Response Due: 04.26.2022   Log Number: WRSP-22-INF-00941

Assigned to: Unit Mgr Wallace

**Action Taken/Response:**

_____
_____
_____
_____
_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____   Date: 4-13-22

Staff Witness: _____   Date: 4-13-22

VIRGINIA DEPARTMENT OF CORRECTIONS   *Revision Date: 10/30/20*



Virginia Department of Corrections

**Grievance Receipt Report**

VACORIS C - #.0
DOC Location: WRSP Wallens Ridge State
Prison
Report generated by Ravizee, B J
Report run on 04/11/2022 at 01:54 PM

Grievance Number: <u>WRSP-22-INF-00939</u>

Next Action Date: <u>4/26/2022 12:00:00 AM</u>

| On this date: | 04/11/2022 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>A-3-304-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

A-304~ pursuant to OP 841.2 staff refuse to post in housing unit "Notice of Job Openings". You are given multiple excuses for this. There are more than 4 positions allotted to A-3 but none are posted or are blatantly being refused assignment availability.

*(Signature)*

Officer Initials: _____



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Written Complaint** 866_F3_10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED GRIEVANCE DEPT.

APR 11 2022

WALLENS RIDGE STATE PRISON

| | | |
|---|---|---|
| J. Shawe | 1101441 | A304 |
| Offender Name | Offender Number | Housing Assignment |

| Individuals Involved in Incident | | Date/ Time of Incident |
|---|---|---|
| **TO:** Work PAR / | ✗ CCI: Rights Behind Bars Attorneys: ✗ SAMUEL WEISS, OREN Nimni; ACLU of Va. | |

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

In Violation of OP 841.2 and COV§53.1-41= Work PAR and Abidg. Supervisory staff REFUSE to post in housing unit "Notice of Job openings" as per OP 841.2, IV.A. I am told by Abidg Supervisory staff multiple excuses for this (e.g. do not want more than 2 workers because they do not trust the "type" of inmates in A-3 SAM [medical/mentally disabled] to perform; all positions are filled, etc.) However, evidence shows via angel-eye system (any date/time) only 2 workers used. 2 others confirm job assignments. There are more than 4 positions allocated to A-3, but none are posted or are blatantly being refused assignment availability

Offender Signature: _____   Date: 4-10-22

**Offenders - Do Not Write Below This Line**

Date Received: 04.11.2022   Response Due: 04.26.2022   Log Number: WRSP-22-INF 00939

Assigned to: Unit Mgr Stallard.

**Action Taken/Response:**

_____

_____

_____

_____

_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____   Date: 4-13-22

Staff Witness: _____ Stall   Date: 4-13-22

VIRGINIA DEPARTMENT OF CORRECTIONS   *Revision Date: 10/30/20*



Exhibit 15(c

Virginia Department of Corrections

# Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by VanHuss, A

Report run on 12/20/2021 at 02:01 PM

Grievance Number: <u>WRSP-21-INF-02637</u>

Next Action Date: <u>1/4/2022 12:00:00 AM</u>

| On this date: | 12/20/2021 | I have received a statement from: |
|---|---|---|
| Shouse, Jacob A                1101441 of | | Wallens Ridge State Prison<br>C-5-510-B |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* |

Setting out the following complaint:

C510 Inmate states according to UM Santos and Lt. Hobbs, they approved my houseman job application 1 and1/2 months ago, however, they continue to tell me that Ms. Church hasn't put it in VACoris, still 1.5 months later.  This has affected my GCA level and security level for my 11/20/21 annual review as it has not been fulfilled.

*(Signature)*                                          055

Officer Initials: _____

Exhibit 15(b)

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request

Offender Request 801-F3  7-12

ASSISTANT WARDEN
WALLENS RIDGE STATE PRISON
MAR 03 2022

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Strause | J | | 1101441 | A-304 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | 3-2-22 |

TO: ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☒ Assistant Warden  ☐ Warden  ☐ Other

**CHECK PURPOSE**   ☒ Appointment Request   ☐ Question/Statement

Will you please speak w/ UM Stallard about me having my job here
in A-3. He's telling me I was never "hired", paperwork not turned in by Ms.
Church. However I have my copy.
The point of Maj. Blevins, UM Santos giving it to me was to occupy my
mind so as to combat extended cell time... to get out the cell more for
my mental well-being. I cannot do so have A day locked in my cell

I earned my job! It is my Annual goal also my goodtime depends on it

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

**RESPONSE**

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

You had a job in C-Bldg. You left that pod and
moved to another pod. Your job does not go with
you.
You can apply + talk with the Supervisor in A-Bldg
to be placed on a list for a job is up to
the buildng managment

Offender seen ☐ Yes ☐ No

_____
Official Responding

3-10-22
Date of Response

Exhibit 15(c)

1-12-22

**To: C Building Control Rooms**

**Effective Immediately:**

Inmate J. Shouse #1101441 (C-510) is the assigned Outside (Recreation) Worker. Before outside recreation begins, between each pull and when outside recreation is complete, inmate Shouse will clean and sanitize the yard.

Unit Manager F. Santos



VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_10-20

# Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED GRIEVANCE DEP'T.

APR __ 2022

WALLENS RIDGE STATE PRISON

| | | |
|---|---|---|
| J. Shause | 1101441 | A-304 |
| Offender Name | Offender Number | Housing Assignment |

| | |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

TO: **WORK PAR - WRSP** (3 Attachments) CC: Rights Behind Bars
                                                    Attorneys Samuel Weiss
(You must address your issue to institutional staff or an institutional department)   & Wren Nimitz
                                                                                      ACLU of VA

**In the space provided explain your issue (be specific):** Denied Pay for work:

In violation of OP 841.2, I, K and II, B #2. I just discovered from UM Stallard and Lt. McCoy talked with Ms. Phrach and she allegedly reported that my Rec-yard housemen job assignment was never entered into VACORIS to insure I am compensated with payment for work preformed. Discovered this after asking A-3 supervisory Bldg staff to investigate why I've not received any pay check for work preformed from 1/12/22 to 2/13/22 in C-5. Indeterminably just discovered upon receiving Feb-Mar monthly trust statement that I wasn't paid, but made to work for 30 days per UM Santos effective 1/12/22 after information request to AW Russell 3/10/22

Offender Signature: _____ Date: 4-5-22

---

**Offenders - Do Not Write Below This Line**

WRSP. 22 /INF

Date Received **04.11.2022** Response Due: **04.26.2022** Log Number: **00938**

Assigned to: Unit Mgr Santos

**Action Taken/Response:**

I WILL NOTIFY THE BUSINESS OFFICE
YOU WILL BE COMPENSATED.

| | | |
|---|---|---|
| Respondent Signature | JIM F. SANTOS | 4/25/22 |
| | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

| Offender Signature: | _____ | Date: | _____ |
|---|---|---|---|
| Staff Witness: | _____ | Date: | _____ |



Virginia Department of Corrections

## Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 04/11/2022 at 01:54 PM

Grievance Number: WRSP-22-INF-00938

Next Action Date: 4/26/2022 12:00:00 AM

| On this date: | 04/11/2022 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | 1101441 | of | Wallens Ridge State Prison<br>A-3-304-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

A-304~ Unit Mgr. Stallard and Lt. McCray spoke with Counselor Church and she allegedly reported that you recreation-yard, houseman job assignment was never entered into VACORIS to ensure you were compensated with payment for work performed.  You worked in C-5 from 1-12-22-2-13-22.

*(Signature)*

Officer Initials: _____

EXHIBIT I:
(a)

VIRGINIA
DEPARTMENT OF CORRECTIO.

Offender Request 801_F3_7-12

ASSISTANT WARDEN
WALLENS RIDGE STATE PRISON
FEB 09 2022

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name</u>, <u>Number</u>, <u>Full</u> <u>Housing</u> <u>Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Shaver | J | | 1101141 | C-510 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| | | | 2-4-22 | |

TO: ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☒ Assistant Warden  ☐ Warden  ☐ Other

**CHECK PURPOSE**  ☐ Appointment Request  ☒ Question/Statement

I supplied times, please secure this properly + Do NOT mail back to me without the confidence + protection of it being in a sealed envelope; C/os hand out mail to the wrong cells routinely + that's all I need is being targeted as a snitch.

I have been Assaulted twice the past 30 days, I'm ADA, legally blind, w/an ostomy... I cannot defend myself or want any associated charge, but WRSP is putting my life in danger in the regular SL5 GP of gang infestation + injuries. And the C/os watched it happen twice + did nothing. I'm going to surgery soon... if something doesn't get better, I can't live this way. I shouldn't have to, I've done everything y'all have asked,

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

You need to provide the Time frames so that Intel can verify your allegations. I have spoken to the Warden and your move to the SAM Pod is a mental health matter. We will discuss the possibility with them.

Offender seen ☐ Yes ☐ No

_____ /rw/          2-9-22

**Official Responding**          **Date of Response**

Exhibit 1 (b)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

## Inmate Request

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Shause | Jacob | | 1101441 | D 507  C-510 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | 1-20-22 |

TO: ☐ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☐ Dental
☒ Other ___Intl___

**CHECK PURPOSE**   ☐ Appointment Request   ☒ Question/Statement

Please Retain Rapid-eye footage 4 in C-5 for the following dates: ASSULTS For

1. ~~Jan 5th~~
2. Jan 6th 8-10 am
3. Jan 21st 4-4:30 pm        (original to RGB)
4. Jan 23rd 8-830 am        CC: Rights Behind Bars, Sam Weiss, Attorney,
                                            ↳ Video Control/Regional offices,
                                            → WRSP Intel,
                                            → J. Shause, 1101441

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

FOOTAGE HAS BEEN RETAINED

Inmate seen ☐ Yes ☒ No
___I. Robertson___
**Official Responding**

___2/28/22___
**Date of Response**



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Offender Request 801_F3_10-17

*Exhibit 17(c)*

## Inmate Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Shause | Jerad | | 1161441 | C-510 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** | |
| | | | Resubmitted 2-2-22 / 1-20-22 | |

TO: ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Dental
☑ Other ___Data___

**CHECK PURPOSE**    ☐ Appointment Request    ☑ Question/Statement

Please retain Rapid-eye footage 4 of C-5 for the following dates: ASSAULTS

1. Jan 5th → 2-10 am
2. Jan 6th → 8-10 am
3. Jan 21st → 4-4:30pm    (assigned to RBB)
4. Jan 23rd → 8-8:30 am    ☆ CC: Rights Behind Bars, San Wilsons, Attorney,
   → Video Central/Regional offices
   → WRSP Data),
   → J. Shause 1161441 (AW Russell)

*DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE*

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

You need to specify the times. Footage can be retained for an adjusted time frame, but not for the whole day or —

Inmate seen ☐ Yes ☐ No

Official Responding ___T. Coloto___

Date of Response ___2-1-22___

Revision Date: 10/26/17



VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Receipt

366.1 A-3

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Stallard, D S

Report run on 05/05/2021 at 01:59 PM

Grievance Number: <u>WRSP-21-INF-00870</u>

Next Action Date: <u>05/19/2021 12:00 AM</u>

| On this date: | 05/04/2021 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A | | 1101441 of | Wallens Ridge State Prison C-5-510-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| C510 inmate complains he is not receiving adequate mental health services despite being classified as a MH Code 2S. This inmate states his 8th amendment rights and Operating Procedure 730.3 are being violated. | | | |
| *(Signature)* | | Cmc *(Title)* | |

Rev. 03/30/2009

EXHIBIT 18(b)



VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED GRIEVANCE DEPT
**Written Complaint** 866_F3_10-20

MAY 0 3 2021

WALLENS RIDGE STATE PRISON

GISP

ACK
Hosp Security
Care Unit

## Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Shaise Jacob | 1101441 | | C-510 | |
|---|---|---|---|---|
| Offender Name | Offender Number | | Housing Assignment | |

| | | |
|---|---|---|
| Individuals Involved in Incident | | Date/ Time of Incident |

**TO:** WARDEN +/or Psychology Senior R. Saylor
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):** State/Federal Const. Rights Violations, i.e., 8th Amend.
Being denied adequate Mental Health services: Per OP 730.2, I am classified as "at risk", M.H. code 25
(in need of treatment/services for "substantial impairment") I have primary diagnoses of DSM V: 301.7 + 301.9
(Antisocial/Borderline Personality Disorder). Per OP 730.3 MHS: Levels of services, include: Acute Care, Residential Tx,
outpatient Tx + Crisis Intervention ONLY. & II Levels of Care, include: Acute Care, Mental Health RTU, SDTP, SAM unit +
outpatient ONLY. Despite my classification + clinical determination indicating a need for M.H. services according
to VADOC policy, I am being offered NONE of the above, moreover, having been recently removed from both A
(ss of OP 730.3) MHU + two SDTPs + also having symptoms of suicidal thoughts within past three months and being on suicide watch.
I am receiving NO services in accordance with the above-mentioned policy. At WRSP there is NO adequate practice

| Offender Signature: [signature] | Date: 4-27-21 |
|---|---|

### Offenders – Do Not Write Below This Line

| Date Received: 5-4-21 | Response Due: 5-19-21 | Log Number: WRSP-21-INF-00870 |
|---|---|---|

Assigned to: QMHP Senior R. Saylor.

**Action Taken/Response:**

You are being Provided mental health
services as determined by your clinical
need.

| [signature] Richard Saylor, M.S. | Richard Saylor Psych.Assoc. II | 5/19/2021 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

| Offender Signature: | | Date: |
|---|---|---|
| Staff Witness: | | Date: |

VIRGINIA DEPARTMENT OF CORRECTIONS                    Revision Date: 10/01/20



Virginia Department of Corrections

## Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by VanHuss, A

Report run on 11/22/2021 at 01:55 PM

Grievance Number: <u>WRSP-21-INF-02382</u>

Next Action Date: <u>12/7/2021 12:00:00 AM</u>

| On this date: | 11/22/2021 | | I have received a statement from: |
|---|---|---|---|
| Shouse, Jacob A          1101441 | | of | Wallens Ridge State Prison<br>C-5-510-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

C510 Inmate states in violation of VADOC policy OP 440.1 (Privileges by Security Level) Security level five facilities, General Population are to receive 7 hours minimum of out of cell activities (i.e. pod rec., outside rec, meals, etc.). However, WRSP inmates in C-4-6 pods average 3 1/2 hours out of cell time. Typically 1 1/2 hours before 12P count, 30 min to 1 hour after 12p count, with 1 hour outside rec. Rec never continues after 3:30 p. I have severe mental illnesses, have spent over a decade in solitary long term segregation. This is detrimental for me to spend 20 plus hours a day locked in my cell in G.P. esp. when RHU inmates must receive at least 4 hrs. out of cell time per day. We are GP and get less.

*a. VanHuss*

*(Signature)*

*OSS*

Officer Initials:



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: WRSP21-R68
00377

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Shause, J.    1101441    C-510
Offender Name (Last Name, First)    Offender Number    Housing Assignment

Individuals Involved in Incident:    RECEIVED GRIEVANCE
    Date/Time of Incident:

**Results of the Informal Complaint Process** (Select one of the below)    DEC 10 2021

☒ *Written Complaint* on this issue attached
☐ Other documentation used to satisfy the informal complaint process is attached
☐ Informal complaint process is not required for this issue    WALLENS RIDGE STATE PRIS

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

In violation of OP 844.1 (Privileges by security level) SL-5 facilities are to receive a minimum of 7 hours of out-of-cell time (i.e. outside/pod rec, meals etc.) WRSP only allows on average three to 3½ hours out of cell per day per inmate. Rec in pod/outside never continues past 3pm. Typically 1 to 1½ hrs before 12p count and 1 to 1½ hrs after 12p count (Included is 1 hr outside) — two hrs in pod rec and 1 outside. I have severe mental health diagnosis and have spent over a decade in solitary long term confinement. 20 plus hrs out of 24 hrs per day locked in my cell is cruel and unusual punishment and detrimental to my mental and physical well being. Having sustained 21 abdominal surgeries already as a direct result of such isolation. RHU inmates must receive a minimum of 4 hrs out of cell time. How is it that GP receives less than segregation (RHU)

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

Redress

Offender Signature    12-9-21
    Date



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services:** |

| | |
|---|---|
| **Institutional Ombudsman Signature** | **Date** |

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure.* |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

| | |
|---|---|
| **Regional Ombudsman Signature** | **Date** |

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____  **Date:** _____

**Staff Witness:** _____  **Date:** _____



Virginia Department of Corrections

## Offender Grievance Response - Level I

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 12/16/2021 at 09:50 AM

---

**Offender Name:** Shouse, Jacob A

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Unfounded

**DOC#:** 1101441

**Housing:** C-5-510-B

**Grievance Number:** WRSP-21-REG-00377

**Finding Reason:**

---

LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE      (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state (Privileges by Security Level) SL5 facilities, General Population are to receive 7 hours minimum of out-of-cell activities (i.e. pod rec., outside rec, meals, etc.). WRSP only allows on average 3 ½ hours out of cell time. Typically, 1 to 1 ½ hours before 12 pm count, 30 min to 1 hour after 12 pm count, with 1 hour outside rec. Rec never continues after 3:30 pm. You have severe mental illnesses; have spent over a decade in solitary long-term segregation. This is detrimental for you to spend 20 plus hrs. out of 24 hrs. per day locked in your cell. You state this is cruel and unusual punishment. RHU inmates must receive a minimum of 4 hrs. out-of-cell time.

As a result of this grievance, you would like (the following action taken) redress.

**Results of the Informal Process:** Unit Mgr. Santos responded to WRSP-21-INF-02382 stating, "Recreation will be pulled by institutional needs, in regards to safety and security of both Staff and Inmates. Modifications have been made as a necessity to fit the daily operations as we respond to the pandemic protocols set forth by the Department of Corrections."

**An investigation into your complaint indicates:** Offender Recreation - which states it will be the goal to provide offenders with the opportunity to improve attitudes and morale as well as physical and mental health through recreational activities while maintaining security and order at Wallens Ridge State Prison. Mr. Santos reported that sometimes there are circumstances that are beyond our control (pandemic protocols set forth by the Department of Corrections) recreation may have to be cancelled. Every effort is made to see that recreation is completed. If you have a concern regarding your mental state, you may submit a Request for Services Form to speak with mental health staff.

**Procedure:** Operating Procedure 801.4, Privileges by Security Level governs this issue.

In accordance with the above information, this grievance is considered **UNFOUNDED**, as procedures were properly applied. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

| | |
|---|---|
| Warden/Superintendent | Date 12/20/2021 |

I wish to appeal the Level I response because: My grievance is Not that recreation is being cancelled Nor created uncontrollable circumstances, etc. My grievance is that at all times, Now and "before COVID-19", as WRSP "Routine", GP inmates do not ever get more than 3½ hrs out of cell activities per day. Not "Sometimes" — Always, Routinely. This is A VADOC policy violation that the Regional and Central offices IGNORE. This is unrelated to any "goal" to provide any improvement in attitudes, morale, physical/mental health. And there is no adequate M.H. treatment at WRSP commensurate to trauma from severe isolation.

| | |
|---|---|
| Offender Signature | Date 12-23-21 |



# COMMONWEALTH OF VIRGINIA
## Department of Corrections
### Division of Field Operations
### Western Regional Office

**Gregory L. Holloway**
**Regional Operations Chief**

3313 Plantation Road, N.E.
Roanoke, Virginia 24012
(540) 561-7050

*C STO*

<u>MEMORANDUM</u>

DATE:       January 10, 2022

TO:         Jacob A Shouse  #1101441
            Wallens Ridge State Prison

FROM:       K. Paderick, MS
            Regional Ombudsman

RE:         Grievance WRSP-21-REG-00377

<u>MATERIAL IS BEING RETURNED:</u>

☐ The subject matter of this correspondence may be grieved, if you are within the 30-day time limit as specified in Division Operating Procedure 866, 'Inmate Grievance Procedure'.

☐ Submit your grievance as instructed on the reverse side of the regular grievance form.

☐ There is no appeal of an emergency grievance.  File this matter through the regular grievance procedure if you are within the 30 day time limit as specified in DOP 866.

☐ When appealing the Level I decision, send the original grievance form with the Level I response and your reasons for appeal, along with any original informal materials and supporting documents.  Resubmit your appeal package to this office within 5 calendar days.  The time limits will begin on the receipt of your grievance.

☐ You are instructed not to use vulgar, insolent, or threatening language in grievance appeals.  Remove/strike-out the highlighted language and return the appeal package within 5 calendar days of receipt. Time limits begin the date the package is returned.

☐ You have been limited by the Warden/Superintendent.

☒ Your appeal exceeded the 5 calendar day time limit.  No further response will be provided.

<u>MATERIAL IS BEING FORWARDED</u> (time limit begins upon receipt at Richmond office) :

☐ Grievances regarding actions/decisions of the Central Classification Services Unit are responded to by the Chief of Operations, P. O. Box 26963, Richmond, Virginia 23261.

☐ Grievances regarding Health Services procedures, and medical/dental/mental health care are responded to by the Director, Office of Health Services, P.O. Box 26963, Richmond, Virginia 23261.

<u>OTHER: Signed at Level I on 12.20.2021; inmate signed appeal on 12.23.2021; received at WRO on 1.10.2021.  Exceeds timeframe allotted by procedure; therefore the issue/grievance is expired. KP</u>

Exhibit 19(a)



Virginia Department of Corrections

## Grievance Receipt Report

VACORIS C - #.0

DOC Location: WRSP Wallens Ridge State Prison

Report generated by VanHuss, A

Report run on 02/02/2022 at 07:21 AM

Grievance Number: WRSP-22-INF-00354

Next Action Date: 2/16/2022 12:00:00 AM

| On this date: | 02/01/2022 | I have received a statement from: | |
|---|---|---|---|
| Shouse, Jacob A | 1101441 of | Wallens Ridge State Prison C-5-510-B | |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* | |

Setting out the following complaint:

C510 Inmate states on 1/27/22 while meeting with Regional Haley Shepard and Psych Assoc. Laura Summers, Ms. Shepard treated me with unethical ad unprofessional conduct, disdain and malice. She stated while questioning my mental health as invalid concerns and nothing more than manipulation: "if you are so suicidal, then why have you not been successful in killing yourself?" She attempted to undermine the serious and fragile nature of my mental health and past suicidality. I feel offended undermined and totally denied any chance at adequate and constitutional mental health services.

*A. VanHuss*

*(Signature)*

Officer Initials: _____

*responded to on copies* EXHIBIT 19(b)



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Written Complaint** 866_F3_10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED GRIEVANCE DEPT.
FEB 0 1 2022
WALLENS RIDGE STATE PRISON

| | | |
|---|---|---|
| Shavor, J | 1101441 | C-510 D-507 |
| Offender Name | Offender Number | Housing Assignment |

| | |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

**TO:** WARDEN
(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific): "HARASSMENT" (1 issue)

ON 1-27-22 While meeting with Regional Halet Sheperd and Psych Assoc. Laura Summers, Ms. Sheperd harassed, antagonized, discriminated and accused me of past sexual victimization for incidents in 2014 @ KMCC and 2020 @ GRCC that were investigated by Warden SIU and concluded as unsubstantiated and unfounded. She intimated that I am a predator, manipulator and a direct cause for "female staff losing their jobs" she stated. This is false and libel. Both women assigned on their own accord, Not by insistence of Vadoc or at the request of termination. This is unethical and unprofessional slander of my name.

| | |
|---|---|
| Offender Signature: *[signature]* | Date: 1-27-22 |

**Offenders – Do Not Write Below This Line**

| | | |
|---|---|---|
| Date Received: 02-01-2022 | Response Due: 02-16-2022 Log Number: | WRSP-22-INF-00353 |

Assigned to: Mental Health

**Action Taken/Response:**

Your complaint regarding "harassment" by regional employee H. Sheperd was reviewed and documentation reviewed accordingly. There was no indication that you were "harassed", "antagonized", or "discriminated" against or referred to as a "predator" and/or "manipulator" as asked in your complaint. The contact was appropriately professional and in line with MH & w practices. Thank you.

| | | |
|---|---|---|
| *[signature]* M.Meyer, PhD, LCP | M. Meyer, PhD, LCP | 02/13/2022 |
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

| | |
|---|---|
| Offender Signature: | Date: |
| Staff Witness: | Date: |



**VIRGINIA DEPARTMENT OF CORRECTIONS**

*Revision Date: 10/30/20*

EXHIBIT 19 (C)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_10-20

# Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Shuse, J. | 1101141 | C-510 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| Individuals Involved in Incident | Date/ Time of Incident |
|---|---|

**TO:** WARDEN

**(You must address your issue to institutional staff or an institutional department)**

In the space provided explain your issue (be specific): (Issue # 4) false allegation, targeting, discrimination

Con 1-23-22 that A.Russ took from Larger the today image and Psychiatry. In our summers I was discriminated against and accused of not picking up my Sixth Command in 16 varies. That in Reference to A letter I write (a duplicate) to my Parents, lawyer, family and my councelor and this Amendia. On 1-24-22 I attempted to discuss my Revision of My Mental Health and Registrations with stations provided by WRSP, Psych Dept, etc with my Unit aid Councelor, but they said they have listed mail and connect pull aiz out. I asked if I could with my councelor and they make A copy and Read A. They said Yes. Stankens Ms. Suffed cited mal A copy she stated I am Never only to have A Mole councelor because I am "A manipulator".

| Offender Signature: _JL Suse_ | Date: 1-27-22 |
|---|---|

**Offenders - Do Not Write Below This Line**

| Date Received: 02-01-2022 | Response Due: 02-11-2022 | Log Number: WRSP-22-INF-00856 |
|---|---|---|
| Assigned to: M. Mita Of alth | | |

**Action Taken/Response:**

Your complaint regarding "false allegation, targeting, discrimination" by myself employee J. Shepard was reviewed all documentation reviewed accordingly. There was no indication that you were "accused of manipulating a female Counselor" by Ms Shepard and Ms Shepard does not assign counselor to a inmate. The contact appeared appropriately professional and in line with VDOC policy and practices. Counselor assignment should be discussed with unit/head staff.

| _signature_ MA, LCP | M. Major, Ph.D, LCP | 02/13/2022 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

| Offender Signature: | Date: |
|---|---|
| Staff Witness: | Date: |

 VIRGINIA DEPARTMENT OF CORRECTIONS

Revision Date: 10/30/20

EXHIBIT 19(d)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866 F3 10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: Strouse, Jacob    Offender Number: 1161447    Housing Assignment: C-510

Individuals Involved in Incident: _____    Date/ Time of Incident: _____

TO: WARDEN
**(You must address your issue to institutional staff or an institutional department)**

In the space provided explain your issue (be specific): Denile of MH services and blatent disregard (Issue #2) on 1-27-22 while meeting with Regional Health Shepard and Psych Associates Summers Ms Summers treated me with _____ unethical and unprofessional contact, dischain and malice. She stated (while questioning my mental health as suicidal) concerns and getting more then me appreciated) "If you are so suicidal, then why hav't you not been successful in killing yourself." This attempt to undermine the serious and genuin nature of my mental health and put me in liability. I feel offended, undermined and totally denied any chance or adequate and constitutional mental health services.

Offender Signature: _____    Date: 1-27-22

### Offenders - Do Not Write Below This Line

Date Received: 02-01-2022    Response Due: 02-11-22    Log Number: WRSP 22 INF 00354
Assigned to: Mental Health

**Action Taken/Response:**
Your complaint regarding "MH Services... blatant disregard" by regional employee + shepard was reviewed and documentation reviewed accordingly. There was no indication that you were treated unprofessionally and to extent appropriately discussed your MH and "suicidal" history. The extent and questions appear appropriately professional and in line with MH/OW practices. Thank you.

Respondent Signature: _____    Printed Name and Title: M. Meyer, PhD, LCP    Date: 02/17/2022

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

 VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 10/30/20



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Written Complaint** 866 F3 10-20

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Sluise, Jacob — Offender Name — 1167441 — Offender Number — C-510 — Housing Assignment

Individuals Involved in Incident — Date/ Time of Incident

**TO:** WARDEN

(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific): (Issue 3) PREjudicial treatment + Abuse

*[handwritten paragraph]*

Offender Signature: _LS_ Date: 1-27-22

### Offenders - Do Not Write Below This Line

Date Received: Dec-31-22 Response Due: Feb-14-22 Log Number: WRS-2-22-165 E0355
Assigned to: M. Meyer Plantch

**Action Taken/Response:**

*[handwritten response]* Your complaint regarding "prejudicial treatment and abuse" by regional employee H. Shepard was reviewed and documentation reviewed accordingly. There was no indication that you were called "stupid." Your written and spoken word choices were discussed appropriately and you appeared to answer the queries appropriately. The contact and questions were appropriately professional and in line with NH and VA practices. Thank you.

Respondent Signature: M. Meyer, PhD, LCP — Printed Name and Title — 02/13/2022 Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: Date:
Staff Witness: Date:

Exhibit 20(a)



# COMMONWEALTH *of* VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

July 11, 2016

Mr. Jacob Shouse
#1101441
Sussex I State Prison
24414 Musselwhite Drive
Waverly, Virginia 23891

Dear Mr. Shouse,

I received your letter dated 7/4/16 and I am indeed still at same post I have been for many years. I am pleased to read of your progress and steps forward in positive direction. As I have said in the past, I will not force any mental health unit to accept you. However, I will discuss your case with them and ask them to consider your request. The absolutely only reason that I would even consider this, is based on your word of doing well and your commitment to continue that progress. ... Not Decause I need it/treatment harm

If the mental health staff at Sussex agree to refer you to a mental health unit AND the mental health unit director accepts you, I would expect that your behavior there will be extraordinarily positive. I will leave your security level in place and the institution can address at your next annual review as they deem appropriate. I can see that you have incurred some charges despite a fairly glowing self-report of your adjustment of late. I would not expect the mental health unit to tolerate any charges from you at all. If you are afforded this opportunity you can really make the most of it. If you squander it and come back to me afterwards with a laundry list of excuses and rationalizations, I will be hard pressed to believe that you are serious about your goals.

Not treatment

As I have told you, your future is in your hands. We will respond to you as you act. In the end, it all impacts Jacob Shouse, not the VADOC, not me, not the staff you would be working with. So making the right decisions is critical for you. or you don't get help

I will discuss your request and if possible will give you this opportunity to grow more. I hope you understand I am true to my word and expect the same from you. Please be patient while we address this request and certainly stay focused on your positive goals! again, not "care"

Thank you.

# COMMONWEALTH of VIRGINIA
### *Department of Corrections*

GENE M. JOHNSON
DIRECTOR

P. O. BOX 2696
RICHMOND, VIRGINIA 2326
(804) 674-300

June 30, 2009

Mr. Jacob Shouse
#327092
Red Onion State Prison
10800 H. Jack Rose Highway
P. O. Box 970
Pound, VA 24279

Dear Mr. Shouse,

I received your letter dated June 1, 2009. I apologize for the delay in responding. As I indicated in my last response, the warden (both at sending and receiving institution) have a lot to say about who is coming or going from their institutions. My position does dictate MHU admissions, however, it only does so with consent/cooperation of the warden's or their regional directors. In most cases, the warden does not intervene and I maintain sole authority. However, in some cases, a warden can object and make a case to over-ride my decision by appealing to his supervisors or my supervisors. In summary, I have the authority to assign to MHU's but the warden(s) can challenge that if he/she chooses to do so. *and you won't challenge them*

I would expect that you want to move forward and away from ROSP. Your future is in your hands. We will respond to you. If you are referred and not accepted to a MHU, I am hopeful that you can impress upon the administration to consider some interim review or consideration for transfer. If you continue to do well and MH staff at ROSP agree, I may advocate for such a transition. Unlike the MHU transfer, the warden and administration have clear authority in this regard.

Your best option at this point is to continue to stay focused on your goals and maintain charge free, self injurious threats/behaviors free, etc. *OR NO TREATMENT*

Hang in there and keep in touch.

Eric Madsen
Classification Services
Virginia Department of Corrections

Warden Davis,

In light of recent events of persecutory targeting by your Administration... I have decided that it will be in my best interest to systematically release my VADOC medical and mental health record in its entirety, including the disclosure of my records of emergency services for (literally) 124 emergency room admissions to 26 different hospitals for A variety of life-threatening injuries (documented as suicide attempts by hospital and community and their Department of Behavioral Health and Developmental Services)... Via third party, records uploaded and transmitted online to each and every political and mental health human rights watchdog group, organization, foundation, coalition, reform, advocate, activist, lobbyist, legal expert, collegiate legal aid, justice center, campaign and project...; these will also be propagated, shared and readily accessible via podcast, facebook, Youtube, twitter, instagram post, personal and official email, even audio/video and any other social media outlet or telecommunications network devices. This will be done in A collective effort to strategically and methodically expose → excoriate → and ultimately indict this administration and previous ones specifically aimed at WRSP/ROSP and the systemically hostile, racist, assaultive and oppressively barbaric climate and antagonistically malicious culture... ! Painting A vivid and graphically detailed picture of A genuine philosophy of An autocratic and repressive management style to its human inhabitants as the routine practice beyond reproach. So as

- 1 -

the causality is a visceral response from the public opinion, enshrined from the heart of injustice in a time ripe for moral shock and social consciousness and political redress and change within our justice system and it's bizarrer plantations of modern day slavery and exploitation and profit! Demonstrating just how well my publically and judicially appointed, legally responsible custodians take such "great care" with "human" intent to their demographic-specific mentally ill population of human beings through the lens of a "healing environment" within the scope of "evidence based practices" second only to adequate mental health services, ... Especially, to one like myself, devoid of any aggressive and/or violently dangerous history towards staff or others, nope — just one who's legally blind with a gut full of metallic foreign bodies with a precariously high propensity to perforate suddenly, from no where, or any slight trauma to his abdomen; that is, of course, if you champion the professional discern of medical expertise and prognosis by just, no one, but the most renowned trauma centers and teaching colleges this side of the Mississippi. Additionally, in the event that your conscience isn't morally stirred and nauseous, I am attaching a fun read of a detailed account of your CHAP (Chief of Housing and Programs) and Chief of Security's boosted influence and deliberately indifferent interference in mental health services and levels of confidentiality and crisis intervention; alas, expanding on the antagonistic contradictions to prosocial

-2-

habits conducive to the interrelationships between staff and prisoners interactions and morale pretreshed today by Mrs. King, um Lily, Lt. Hughes, Sgt. Collins and psych assoc. Laura Summers and Ashley Cope (such professional trusts they so passionately uphold) that was more than pleasantly [illogical] and thought-provokingly [counterintuitive] to my mental and physical safety, health and overall well-being, inasmuch as these incessant threats, harassment and provocation for me to commit suicide and such one-sided, overwhelming reprisal for possessing clinically-indicated and more than well-documented "at risk" mental health services needs — (that I for some abjectly incomprehensible reason, accusingly manipulated for an unknown, alienable, artificial secondary gain vis-à-vis death) — therefore, subjectively and presently creating an afferent to my mental deterioration and further detriment exacerbating my mental and physical health … affecting my reality and fate … ! As I will narrate and author my descriptively tragic (depending on who you ask) account of my systemic, psychosomatic reactionary, yet still, revolutionary suicide as the posthumous plea for a much needed paradigm shift of attention → reaction → and [responsive] action to the unnecessary and wanton infliction of pain, abuse, malfeasance and mental fatigue and decompensated regression and disintegration / disassociation from emotional attachments and hopeful endeavors as the systemic cancer specific to us with mental illness and !

- 3 -

symptomatic behavior not tolerated (much less treated) in Virginia's supermax prisons and speciously disguised (SDTP) "treatment" programs in effert and effect to profitably fraud public taxpayers and law makers opinions of "SHU's". Let's not forget the struggle of the brave that have spoke out as the new vanguard of grass roots leaders, Heros and fallen comrades.

In life and death and journey:
SOLIDARITY,
— The fallen

Jacob Shouse

April 2021

Jacob Shouse #1101441
WRSP, P.o. Box 759
Big Stone Gap, Va. 24219

-4-