TO: Clerk US Dist. Ct. WD, Roanoke,
FROM: Jacob Shouse, 1101441 WRSP
PO Box 759, Big Stone Gap Va 24219
Date: July 3, 2022
RE: Civil Rights Action pursuant to 29 USC Section 504 of the Rehabilitation Act; and 42 USC §1983

Dear Clerk,

Please file the enclosed civil rights action and 21 exhibits with this court.

I humbly request that you send back a copy of this action and exhibits because I have no access to carbon paper or photocopying services and am legally blind needing inmate assistance in these writings and cannot draft multiple copies by hand. I need a copy of this filing to litigate this case and my own records. This will be a one time request.

Respectfully
[signature]